IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK WORKER,

          Plaintiff,

vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

          Defendant.

Civil No. 17-cv-384-JGP-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Mark Worker and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

     **DATED:** February 12, 2018

                                               **JUSTINE FLANAGAN,**
                                               **Acting Clerk of Court**

                                               **BY: s/Tina Gray**
                                                   Deputy Clerk

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**